Memorandum Opinion issued January 16, 2003

 

 

 


 

 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00760-CV

____________


JATIS D. EGGLESTON, Appellant


V.


NORTH COVE APARTMENTS, Appellee






On Appeal from the County Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 767,330






MEMORANDUM OPINION

 This is an appeal from a judgment of eviction signed April 17, 2002. Appellant
filed no postjudgment proceeding that would extend the time to file the notice of
appeal. Therefore, the deadline for filing the notice of appeal was May 17, 2002. See
Tex. R. App. P. 26.1. 

Appellant filed her notice of appeal on June 19, 2002, 33 days after the deadline.
Therefore, this Court is without jurisdiction to consider this appeal. Id.

 On November 19, 2002, this Court issued an order advising appellant that it
appeared that this Court did not have jurisdiction of the appeal and directing appellant
to respond to this Court by December 4, 2002 to demonstrate how this Court has
jurisdiction. The time for responding has expired and appellant has not responded to
the November 19, 2002 order.

 Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.